UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| THE CINCINNATI INSURANCE COMPANY | : | Civil No. C-1-02-521 |
| | : | Judge Spiegel |
| Plaintiff, | : | |
| | : | **NOTICE OF DISMISSAL** |
| vs. | : | **OF FEDERAL DEFENDANT** |
| NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et al., | : | |
| Defendants. | : | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, The Cincinnati Insurance Co., the plaintiff herein, hereby notifies the Court that (1) it has entered into a Settlement and Hold Harmless Agreement with the National Aeronautics and Space Administration (NASA), the federal defendant and (2)in conformity with the terms of that agreement, it hereby dismisses with prejudice its claims against NASA asserted in this lawsuit.

s/Lee M. Brewer, Esq.
LEE M. BREWER, ESQ.
Alber Crafton,
100 Eastwind Drive
Suite 203
Westerville, OH 43081

N:\_ECF Workload\GKaminski\NASAdismissal.wpd