## IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT
### WESTERN DIVISION

| | | |
|---|---|---|
| THE CINCINNATI INSURANCE CO. | ) | C01-02-521 |
|    Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ALLIED CONSTRUCTION GROUP INC. | ) | **NOTICE OF** |
| et al. | ) | **BANKRUPTCY** |
|    Defendants | | |

Notice is hereby given of the filing of a Petition in Bankruptcy under Chapter 7 on December 2, 2003 at 8:43 a.m. for Thomas E. Zimmer and Cynthia A. Zimmer, Defendants in the above action. The bankruptcy case number is 03-25848. See attached hereto as Exhibit "A" a copy of the Notice of Bankruptcy Case Filing.

Defendants Thomas E. Zimmer and Cynthia A. Zimmer request that all parties to the above lawsuit take no further action in/on the same, as the filing of the above described petition in bankruptcy has provided said Defendants with protection provided by the automatic stay imposed thereunder.

Respectfully Submitted,

_____
Thomas Zimmer
Defendant

1

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing Answer was sent by regular U.S. Mail to

| | | |
|---|---|---|
| Lee M Brewer<br>Alber Crafton PLLC<br>100 Eastwind Drive<br>Suite 203<br>Westerville, OH 43081<br>Attorney for Cincinnati<br>Insurance Company | Gerald F. Kaminski<br>Assistant United States<br>Attorney<br>221 East Fourth Street,<br>Ste. 400<br>Cincinnati, OH 45202 | Ronald P Friedberg<br>Meyers, Roman, et al.<br>28601 Chagrin Boulevard<br>Suite 500<br>Cleveland, OH 44122<br>Attorney for Linda and<br>Thomas Shepherd |

on this 11th day of December, 2003.

_____
Thomas Zimmer
Defendant