**United States Bankruptcy Court**
**Northern District of Ohio**

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 12/02/2003 at 08:43 AM and filed on 12/02/2003.

**Thomas Edward Zimmer**
118 Dartmouth Circle
Elyria, OH 44035
U.S.
SSN: xxx-xx-3416

**Cynthia Ann Zimmer**
118 Dartmouth Circle
Elyria, OH 44035
U.S.
SSN: xxx-xx-9907

The case was filed by the debtor's attorney:

**R J Budway**
1958 Kresge Dr
Amherst, OH 44001
(440) 989-8700

FILED
Electronically
12/02/2003
08:43 AM

Ex. A

The case was assigned case number 03-25848.

The filing of a bankruptcy case automatically stays certain actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.ohnb.uscourts.gov or at the Clerk's Office, United States Bankruptcy Court, Suite 3001, Key Tower, 127 Public Square, Cleveland, OH 44114.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Kenneth J. Hirz**
**Clerk, U.S.**
**Bankruptcy Court**

PACER Service Center