**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only: No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

C-1-02-521
Doc.

Sent To: ALLIED CONSTRUCTION GROUP
Street, Apt. No.; or PO Box No.: 5505 VALLEY BELT RD., STE B
City, State, ZIP+4: INDEPENDENCE, OH 44131

7001 2510 0000 8349 5719