**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7001 2510 0008 6349 5696

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

C-1-02-521
DOC. 14 1/5/04

Sent To
CHRISTOPHER J. FREEMAN, ESQ.

Street, Apt. No.; or PO Box No. 107 NORTH COURT STREET

City, State, ZIP+4 MEDINA, OH 44256