IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
WESTERN DIVISION

| | | |
|---|---|---|
| THE CINCINNATI INSURANCE CO. )<br>     Plaintiff                                          )<br>                                                          )<br>v.                                                       )<br>                                                          )<br>ALLIED CONSTRUCTION GROUP INC. )<br>et al.                                                  )<br>     Defendants | | Case No. C1-02-521<br><br><br><br><br>**ANSWER OF ALLIED<br>CONSTRUCTION GROUP, INC.** |

   Now comes Allied Construction Group, Inc., by and through counsel, and provides its answer to the complaint of Plaintiff as follows:

1.   This Defendant admits entering into the General Agreement of Indemnity and Contract No. NAS3-01095 with NASA.

2.   This Defendant is without knowledge sufficient to form a belief as to the truth of the substantive allegations set forth in the complaint but cannot and does not deny the same.

3.   As this Defendant is not longer in business and has no assets, this Defendant waives any and all further right to participate in this lawsuit.

                                                             Respectfully Submitted,

                                                             /s/ Christopher J. Freeman
                                                             Christopher J. Freeman (#0055983)
                                                             594 South Broadway Street
                                                             Medina, OH 44256
                                                             Phone:  (330) 722-7278
                                                             Fax:  (330) 722-7249
                                                             Attorney for Allied Construction Group, Inc.

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that on this 20th day of February, 2004, it filed this Answer with the Court's Electronic Filing System, thereby providing all counsel of record with the same.

                                                             /s/ Christopher J. Freeman
                                                             Christopher J. Freeman