UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| THE CINCINNATI INSURANCE COMPANY, | : | Case No. 1:02-cv-00521 |
| Plaintiff, | : | Senior Judge S. Arthur Spiegel |
| vs. | : | |
| THE NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et al., | : | |
| Defendants | : | |

**ORDER**

Upon good cause shown, the Joint Motion for Continuance of Final Pretrial Conference (doc. 19) is hereby GRANTED. The Final Pretrial Conference set for June 9, 2004 at 9:00 AM is hereby VACATED and CONVERTED to a Status Conference set for the aforementioned date and time. Counsel for parties shall be present at this conference.

IT IS SO ORDERED.

Date: June 8, 2004         s/S. Arthur Spiegel
                           S. Arthur Spiegel
                           United States Senior District Judge