UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CINCINNATI INSURANCE CO., | : | NO. 1:02-CV-00521 |
| Plaintiff, | : | |
| | : | **ORDER** |
| v. | : | |
| ALLIED CONSTRUCTION GROUP, INC., et al., | : | |
| Defendants. | : | |

The parties met before the Court on June 9, 2004, for a status conference. Counsel for Defendants Robert and Linda Shepherd was present by telephone.

The Court determined that a brief continuance in this matter is appropriate so as to allow those parties that are not subject to bankruptcy stay an opportunity to pursue settlement. Accordingly, the Court VACATES the June 22, 2004 trial and RESETS the final pretrial conference for 10:00 A.M. on July 13, 2004. If the parties are unable to settle this matter before such conference, they shall prepare a final pretrial order for the Court's review at such conference. The trial will be reset at the July 13, 2004 conference, in the event that settlement is not consummated.

SO ORDERED.

Date: June 9, 2004              s/S. Arthur Spiegel
                                S. Arthur Spiegel
                                United States Senior District Judge