UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| THE CINCINNATI INSURANCE CO. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Case No.: 1:02-cv-00521 |
| | : | |
| NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et al. | : | JUDGE SPIEGEL |
| | : | |
| Defendants. | : | |
| | : | |

**AGREED ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AGAINST DEFENDANT ALLIED CONSTRUCTION GROUP, INC.**

Now comes Plaintiff, The Cincinnati Insurance Co., (hereinafter "Cincinnati Insurance") and Defendant Allied Construction Group, Inc., (hereinafter "Allied Construction") by and through counsel, and hereby consent and agree that Plaintiff, Cincinnati Insurance, is to recover of the Defendant Allied Construction the sum of $140,202.50, along with interest.

The Court therefore ORDERS, ADJUDGES AND DECREES Judgment in favor of Plaintiff, Cincinnati Insurance and against Defendant Allied Construction in the amount of $140,202.50 with interest from date of judgment.

July 8, 2004                                  s/S. Arthur Spiegel
Date                                          S. Arthur Spiegel
                                              United States Senior District Judge

.

1

2

APPROVED:

s/Lee M. Brewer  (0041287)
ALBER CRAFTON, PSC
1001 Eastwind Drive, Suite 203
Westerville, Ohio 43081-2877
lbrewer@albercrafton.com
Telephone:   (614) 890-5632
Facsimile:    (614) 890-5638
*Counsel for Cincinnati Insurance Co.*


s/Christopher J. Freeman (0055983)
(Per facsimile authority on 07/06/04)
594 S. Broadway Street
Medina, OH  44256
Telephone:   (330) 722-9016
Facsimile:    (330) 722-7249
*Counsel for Allied Construction Gp, Inc.*

H:\DOCS\Notices-Form Ords\02-521agreedorder.wpd