UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CINCINNATI INSURANCE COMPANY,  :       NO: 1:02-CV-00521

       Plaintiff,                            :

    vs.                                        :       O R D E R

NATIONAL AERONAUTICS AND              :
SPACE ADMINISTRATION, et al.,         :

       Defendants.                          :


The Court having been advised by the parties that the above action has been

settled;

It is ORDERED that this action is hereby dismissed with prejudice, provided that

any of the parties may, upon good cause shown, within sixty days, reopen the action if

settlement is not consummated.

The Court retains jurisdiction over the settlement contract for purposes of its

enforcement.

SO ORDERED.


Dated: July 14, 2004                          s/S. Arthur Spiegel_____
                                              S. Arthur Spiegel
                                              United States Senior District Judge